[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-14108
Non-Argument Calendar
_____

D.C. Docket No. 1:16-cr-00048-JRH-BKE-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBBIE LEE MOUZON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(August 29, 2018)

Before WILSON, WILLIAM PRYOR and JORDAN, Circuit Judges.

PER CURIAM:

Amy Lee Copeland, appointed counsel for Robbie Mouzon in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Mouzon's convictions and sentences are **AFFIRMED**.

JORDAN, Circuit Judge, concurring:

I concur, but note that Mr. Mouzon can assert any ineffective assistance of counsel claims in a proceeding under 28 U.S.C. § 2255.